IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **MICHAEL BREEN,** | ) | |
| *Plaintiff,* | ) | Civil Action No. 08-1089 |
| vs. | ) | Section E : Judge Livaudais |
| **CHARLES M. HUGHES, JR, et al.,** | ) | Magistrate Division 1 |
| *Defendants.* | ) | Magistrate Judge Shushan |
|  | ) | |
|  | ) | |

## ORDER

Upon consideration of Plaintiff's motion to indefinitely continue the hearings on plaintiff's application for a temporary restraining order and motion for preliminary injunction, set for April 9, 2008 and April 23, 2008, and it appearing that plaintiff has filed a petition for bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for Eastern Louisiana in a proceeding styled and numbered *In re Breen*, No. 08-10661; and it further appearing that there has been an automatic stay effectuated by the Plaintiff's filing in Bankruptcy, under 11 U.S.C. § 362(a);

It is **ORDERED, ADJUDGED** and **DECREED** that the Motion for Preliminary Injunction, dated March 14, 2008, setting the hearing on Plaintiff's Motion for April 9, 2008, at 10:30 a.m., **BE** and hereby **IS VACATED**;

It is furthered **ORDERED** that Plaintiff's Verified Application for Temporary Restraining Order, set for hearing on April 23, 2008, **BE** and hereby **IS VACATED**;

*1*

**THUS DONE AND SIGNED**, at New Orleans, Louisiana on this _____1st_____ day of April, 2008.

_____
Marcel Livaudais, Jr.,
**UNITED STATES DISTRICT JUDGE**